**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 17-cv-01553-RM-NYW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

8.11 ACRES OF LAND, MORE OR LESS
IN THE COUNTY OF GRAND, COLORADO;
LAMBRIGHT LLC;
COLLEGIATE PEAKS BANK;
GRAND COUNTY PUBLIC TRUSTEE; and
GRAND COUNTY TREASURE,

     Defendants.

---

## ORDER

---

This matter is before the Court on the Disclaimer of Interest of Defendant Grand County

Treasurer (ECF No. 23) and the Disclaimer of Interest of Defendant Public Trustee (ECF No. 24)

(collectively, "Disclaimers"),  disclaiming any interest in the matters in this case and requesting

Defendants Grand County Treasurer and Grand County Public Trustee be dismissed from this

action.  Such requests for relief, however, should be made by motion, *see* Fed. R. Civ. P. 7(b);

require conferral with other parties, D.COLO.LCivR 7.1(a); and should cite to any applicable

rules or case law, *e.g.*, Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, to the extent these

defendants seek their dismissal from this action based on the Disclaimers, such relief is denied without prejudice.

DATED this 19th day of September, 2017.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge